FILED BY _____ D.C.

05 MAY 10 PM 3: 39

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| JO CUNNINGHAM, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-2482-MI P |
| U.S. FOODSERVICE, INC. | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it appearing to the Court, upon consent of the parties as evidenced by the signatures of their attorneys hereinbelow, that Plaintiff Jo Cunningham and Defendant U.S. FoodService, Inc. have settled this case and that by the parties' agreement Plaintiff Cunningham's claims as set forth in her complaint should be dismissed with prejudice and each party should bear her or its' own costs and fees.

IT IS, THEREFORE, ORDERED that Plaintiff Cunningham's claims as set forth in the complaint are dismissed in their entirety with prejudice and further that each party shall bear her or their own costs and fees.

_____
U. S. DISTRICT COURT JUDGE

DATE: May 10, 2005

This document entered on the docket sheet in compliance with Rule ____ and/or ____ 11   5-11-05

9

APPROVED:

_____
JEFFERY L. ATCHLEY, ESQ.
Counsel for Plaintiff Jo Cunningham


_____ By Permission JCA
PAUL E. PRATHER
SYLVIA R. ADAMS
Attorneys for Defendant
U.S. FoodService, Inc.

12

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02482 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Phillis R. Morgan
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Sylvia R. Adams
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT