FILED BY ⟨signature⟩ D.C.

UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 MAY 10 PM 3:38

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JO CUNNINGHAM                           **JUDGMENT IN A CIVIL CASE**

VS

U.S. FOODSERVICE, INC.                  CASE NO: 04-2482 Ml/P

The parties having settled this matter:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal With Prejudice filed May 10, 2005, this case is DISMISSED with prejudice with each party to bear its own costs and fees.

APPROVED:

⟨signature⟩
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

May 10, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

⟨signature⟩
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-11-05

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02482 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Phillis R. Morgan
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Sylvia R. Adams
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT